June 16, 2015



# JUDGMENT

# The Fourteenth Court of Appeals

KATRINA HUDSON, Appellant

NO. 14-13-01145-CV                    V.

SENIOR LIVING PROPERTIES, LLC, Appellee

_____

      This cause, an appeal from the judgment in favor of appellee, Senior Living Properties, LLC, signed November 27, 2013, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

      We order appellant, Katrina Hudson, to pay all costs incurred in this appeal.

      We further order this decision certified below for observance.